**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-2414**

_____

FABRICE TCHANI DJOUKAM, a/k/a Joel Happi
Yamachui,

                                                      Petitioner,

          versus

ALBERTO R. GONZALES, Attorney General,

                                                      Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A95-903-422)

_____

Submitted:  October 4, 2006          Decided:  October 26, 2006

_____

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Fabrice Tchani Djoukam, Petitioner Pro Se.  M. Jocelyn Lopez
Wright, Tracey Wood, Daniel Eric Goldman, UNITED STATES DEPARTMENT
OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Fabrice Tchani Djoukam, a/k/a Joel Happi Yamachui, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find no abuse of discretion. See 8 C.F.R. § 1003.2(a) (2006); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Yamachui, No. A95-903-422 (B.I.A. Nov. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED